**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| JANET STRELECKI AND M.S., A MINOR, BY JANET STRELICKI, GUARDIAN,<br><br>Plaintiffs,<br><br>v.<br><br>HSBC MORTGAGE SERVICES INC.,<br><br>Defendant. | CIVIL ACTION<br><br><br>NO. 3:16-CV-00739-MEM |

## **WITHDRAWAL OF APPEARANCE**

TO THE CLERK:

    Kindly withdraw my appearance on behalf of Defendant HSBC Mortgage Services Inc. in the above-captioned matter.

 

    /s/ Christine Debevec
    Christine Debevec (No. 88107)
    Stradley Ronon Stevens & Young, LLP
    2005 Market Street, Suite 2600
    Philadelphia, PA 19103-7018
    Tel.: (215) 564-8156
    Email: CDebevec@STRADLEY.COM
    *Attorneys for Defendant,*
    *HSBC Mortgage Services Inc.*

## **CERTIFICATE OF SERVICE**

I, Christine M. Debevec, hereby certify that on May 3, 2017, I caused the foregoing Withdrawal of Appearance to be filed electronically with the Court, where it is available for viewing and downloading from the Court's ECF system, and that such electronic filing automatically generates a Notice of Electronic Filing constituting service of the filed document on the counsel of record identified on the docket.

/s/ *Christine M. Debevec*
Christine M. Debevec